IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCRECIA T., | : | |
|     *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 23-3664 |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security, | : | |
|     *Defendant.* | : | |

## ORDER

AND NOW, this 14th day of August 2024, upon consideration of Plaintiff Lucrecia T.'s Brief in Support of Request for Review (ECF 10), the Commissioner's Response (ECF 11), and Plaintiff's Reply (ECF 12), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that :

1. Plaintiff's Request for Review is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant Martin O'Malley, Commissioner of Social Security and against Plaintiff Lucrecia T.; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*